UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CATHY LEU,<br><br>       Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>       Defendant.<br>_____ | )   CIVIL NO. 1:21-cv-01057-GSA<br>)<br>)   **STIPULATION TO VOLUNTARY**<br>)   **REMAND PURSUANT TO SENTENCE**<br>)   **FOUR OF 42 U.S.C. § 405(g) AND TO**<br>)   **ENTRY OF JUDGMENT; [PROPOSED]**<br>)   **ORDER**<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge to issue a new decision and take any further action needed to complete the administrative record.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  January 20, 2022

                               */s/ Francesco Paulo Benavides\**
                               FRANCESCO PAULO BENAVIDES
                               Attorney for Plaintiff
                               *Authorized via e-mail on January 19, 2022

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/ *Mary Tsai*_____
MARY TSAI
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **January 20, 2022**            _____**/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE